IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO. 10-81246-TJM |
| | ) |
| DAWN E SUING | ) CHAPTER 13 |
| SSN: ###-##-4218 | ) |
| | ) |
| | ) |
| | ) |
| **Debtors.** | |

## ORDER TO EMPLOYER TO PAY TRUSTEE

The above-named debtors has filed a petition under Chapter 13 of the Bankruptcy Code, and has submitted all future income to the jurisdiction of this Court in accordance with the statute,

NOW, THEREFORE, IT IS ORDERED that until further Order of this Court, the entity from whom the debtor receives income:

**NEBRASKA HEALTH SYSTEMS**

shall deduct from said income the sum of **$139.00 BIWEEKLY** beginning on the next pay day following the receipt of this Order and deduct a similar amount for each pay period thereafter, including any period for which the debtor receives periodic, or lump sum, payment for or on account of vacation, or termination, or other benefits arising out of present or past employment of the debtor, and to remit forthwith the sums so deducted to the Trustee appointed herein or her successor in interest as follows:

KATHLEEN A. LAUGHLIN, TRUSTEE
13930 Gold Circle, Suite 201
Omaha, NE 68144
(402) 697-0437
1-800-884-0437

IT IS FURTHER ORDERED, that all earnings and wages of the debtor, except the amount required to be withheld by the provisions of any laws of the United States, the laws of any State or political subdivision, of by any insurance, pension, or union dues agreement between employer and the debtor, or by the order of this court be paid to the aforesaid debtor in accordance with the employer's usual payroll procedure.

IT IS FURTHER ORDERED, that no deductions on account of any garnishment, wage assignment, credit union, or other purpose not specifically authorized by this Court be made from the earnings of said debtor except (1) withholding for payment of a domestic support obligation under a judicial or administrative order or a statute or (2) withholding solely for payment of a loan from a pension, profit-sharing, stock bonus, or other plan as described in 11 U.S.C. § 362(b)(19).

IT IS FURTHER ORDERED, that said employer notify said Trustee if the employment of said debtor be terminated and the reason for such termination and that pursuant to 11 U.S.C. § 525 said employer shall refrain from dismissing, demoting, disciplining, discharging, refusing to employ, or in any way penalizing the employee as a result of the Order.

IT IS FURTHER ORDERED, that this order supersedes any previous orders.

DATED: **May 12, 2010**

_____
Timothy J. Mahoney, Judge
United States Bankruptcy Court
District of Nebraska

Copies mailed to:

| | | |
|---|---|---|
| NEBRASKA HEALTH SYSTEMS<br>PAYROLL DEPT<br>987425 NEBRASKA MEDICAL CENTER<br>OMAHA, NE 68198-7425 | DAWN E SUING<br>14524 N ST<br>OMAHA, NE 68137 | ANGELA Y GRUBER-GARDNER<br>2580 S 90TH ST<br>OMAHA, NE 68124 |

*** PLEASE INCLUDE DEBTORS NAME AND CASE NUMBER ON THE CHECK OR STUB ***